FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

08 JAN 29 PM 1:31

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE, FLORIDA

KANITA A. WILLIAMS,
    Plaintiff,

v.    CASE NO. 3:07-cv-1113-J-20MCR

MILLER FREIGHTLINES, LLC, a foreign corporation, UPSTAGING, INC., a foreign corporation, and MICHAEL EUGENE LANIER, an individual,
    Defendants.
_____/

## ORDER

**THIS CAUSE** is before this Court on Plaintiff's Motion for Extension of Time to Serve Summons Under Fed. R. Civ. P. 4(m) and Memorandum in Support of Motion (Dkt. 7). In the instant motion, Plaintiff requests an additional ninety (90) days within which to serve Defendant Upstaging, Inc. with the Summons and Complaint.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion for Extension of Time to Serve Summons Under Fed. R. Civ. P. 4(m) and Memorandum in Support of Motion (Dkt. 7) is **GRANTED**;

2. Plaintiff shall have ninety (90) days from the date of this Order in which to serve Defendant Upstaging, Inc. with the Summons and Complaint.

**DONE AND ENTERED** at Jacksonville, Florida, this 29th day of January, 2008.

HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
W. Holt Harrell, Esq.
David Michael Goldstein, Esq.